FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 8 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-1889 JH |
| | ) | |
| vs. | ) | Count 1: 21 U.S.C. § 841(a)(1) and (b)(1)(C): |
| | ) | Distribution of Heroin; |
| RAYMOND MOYA, | ) | |
| | ) | Count 2: 21 U.S.C. § 841(a)(1) and (b)(1)(C): |
| Defendant. | ) | Distribution of Heroin Resulting in Death. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about August 7, 2011, in Bernalillo County, in the District of New Mexico, the defendant, **RAYMOND MOYA**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 2

On or about August 12, 2011, in Bernalillo County, in the District of New Mexico, the defendant, **RAYMOND MOYA**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of heroin, resulting in the death of C.W.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney