IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 15-1889 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| **RAYMOND MOYA,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the Order excluding the testimony of Dawn Sherwood and Laura Labay, doc. 257, entered in this case on March 31, 2017, and from the Order excluding Dawn Sherwood, doc. 248, entered on March 29, 2017. I certify that this appeal is not taken for purpose of delay and that the excluded evidence is a substantial proof of fact material in this proceeding.

The filing of this notice in CM/ECF caused a copy to be served on Amy Sirignano, Esq., and Jerry Daniel Herrera, Esq., counsel for defendant Raymond Moya

Respectfully submitted,

*Electronically filed on 03/31/17*
JAMES D. TIERNEY
Acting United States Attorney